UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RICHARD WAYNE BLAIR,<br><br>    Petitioner,<br><br> v.<br><br>DANIEL WHITE,<br><br>    Respondent. | CASE NO. C18-5771 BHS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable David W. Christel, United States Magistrate Judge. Dkt. 18. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)   The R&R is **ADOPTED**;

(2)   Petitioner's federal habeas Petition is **DISMISSED with prejudice**;

(3)   A Certificate of Appealability is **DENIED**; and

(4)   The Clerk is directed to send copies of this Order to Petitioner, counsel for Respondent, and to the Hon. David W. Christel.

Dated this 20th day of February, 2019.

               */s/ Benjamin H. Settle*
              BENJAMIN H. SETTLE
              United States District Judge

ORDER